BENJAMIN B. WAGNER
United States Attorney
SEAN C. FLYNN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700



FILED

FEB 1 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )   No. 2:10-cr-0059 LKK
                           )
        Plaintiff,         )   VIOLATION: 21 U.S.C. §§ 331(a)
                           )   and 333(a)(2) - Introduction of
    v.                     )   Adulterated and Misbranded Food
                           )   into Interstate Commerce with
STEVEN JAMES KING,         )   the Intent to Defraud and
                           )   Mislead
        Defendant.         )
_____)

I N F O R M A T I O N

The United States Attorney charges T H A T:

STEVEN JAMES KING,

defendant herein, between on or about January 1, 2007, and on or about October 1, 2007, in the Eastern District of California and elsewhere, together with others known and unknown, did, with the intent to defraud and mislead, cause the introduction and delivery for introduction into interstate commerce, from SK Foods' facilities in the Eastern District of California, to SK Foods' customers in other states, of processed tomato paste, a food, which was (1) adulterated as described at 21 U.S.C. § 342(a)(3), in that it contained tomato ingredients with mold

counts exceeding the relevant Food Defect Action Level under Title 21, Code of Federal Regulations, Section 110.110, and thus consisted in part of a decomposed substance and was otherwise unfit for food; and (2) misbranded as described in 21 U.S.C. § 343(a)(1), in that its labeling was false and misleading, to wit: the labeling contained false representations that the mold counts in the processed tomato paste were below the relevant Food Defect Action Level when, in fact, the tomato paste contained mold counts significantly in excess of such level, and the labeling contained false representations that the percentage of Natural Tomato Soluble Solids ("NTSS") in the product was materially higher than the actual NTSS percentage, all in violation of 21 U.S.C. §§ 331(a) and 333(a)(2).

DATE: February 18, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Sean C. Flynn
SEAN C. FLYNN
Assistant U.S. Attorney

# **PENALTY SLIP**

**STEVEN JAMES KING,**

**COUNT ONE**

VIOLATION: 21 U.S.C. §§ 331(a) and 333(a)(2) - Introduction of Adulterated and Misbranded Food into Interstate Commerce with the Intent to Defraud and Mislead

PENALTY: Maximum of 3 Years Imprisonment, or $10,000.00 fine, or Both
1 year TSR

PENALTY
ASSESSMENT: $100.00 special assessment (each count)