**ROGER T. NUTTALL, #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
STEVEN JAMES KING

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| UNITED STATES OF AMERICA, | Case No.: 2:10-CR-0059-01 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND SENTENCING SCHEDULE AND ORDER** |
| vs. | |
| STEVEN JAMES KING, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for May 29, 2013, at 9:15 a.m. be continued to **June 11, 2013, at 9:15 a.m.** before the Honorable Lawrence K. Karlton to allow counsel for Defendant to attend this hearing in Sacramento. Counsel for Defendant had a calendar conflict with the May 29, 2013, sentencing date.

**IT IS ALSO HEREBY STIPULATED** that the following proposed sentencing schedule be followed:

| | |
|---|---:|
| The proposed Presentence Report shall be disclosed to counsel no later than: | April 30, 2013 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | May 14, 2013 |

///

| | |
|---|---:|
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | May 21, 2013 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | May 28, 2013 |
| Reply, or Statement of Non-Opposition: | June 4, 2013 |
| Judgment and Sentencing Date: | June 11, 2013 |

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove noted date. Counsel's office has communicated with Assistant U.S. Attorney Matt Segal and with Senior Deputy Probation Officer Scott Storey, who have expressed no objection to the instant request.

**IT IS SO STIPULATED.**

DATED: March 21, 2013.　　　NUTTALL & COLEMAN

By /s/ ROGER T. NUTTALL
　　ROGER T. NUTTALL
　　Attorneys for Defendant,
　　STEVEN KING

DATED: March 21, 2013.　　　OFFICE OF THE UNITED STATES ATTORNEY

By /s/ MATT SEGAL
　　MATT SEGAL
　　Assistant U.S. Attorney

///
///
///
///
///
///

**O R D E R**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on May 29, 2013, at 9:15 a.m., is continued to **June 11, 2013, at 9:15 a.m.**

**IT IS FURTHER ORDERED** that the above-proposed sentencing schedule shall be followed.

DATED: March 25, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT