**ROGER T. NUTTALL, #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
STEVEN JAMES KING

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| UNITED STATES OF AMERICA, | Case No.: 2:10-CR-0059-01 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND SENTENCING SCHEDULE AND ORDER** |
| vs. | |
| STEVEN JAMES KING, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for August 27, 2013, at 9:15 a.m. be continued to **February 25, 2014, at 9:15 a.m.** before the Honorable Lawrence K. Karlton. The need for a continuance is based upon counsel's need for appropriate time to address the proposed restitution figure, as well as the represented loss, as related to my client. There may be other issues as well, and counsel needs time to fully prepare the formal objections, as well as a suitable Sentencing Memorandum.

**IT IS ALSO HEREBY STIPULATED** that the following proposed sentencing schedule be followed:

| | |
|---|---:|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 4, 2014 |
| Reply, or Statement of Non-Opposition: | February 11, 2014 |

| | | |
|---|---|---|
| Judgment and Sentencing Date: | | February 25, 2014 |

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove noted date. Counsel's office has communicated with Assistant U.S. Attorney Matt Segal and with Senior Deputy Probation Officer Scott Storey, who have expressed no objection to the instant request.

**IT IS SO STIPULATED.**

DATED: August 2, 2013.  NUTTALL & COLEMAN

By  /s/ ROGER T. NUTTALL
ROGER T. NUTTALL
Attorneys for Defendant,
STEVEN KING

DATED: August 6, 2013.  OFFICE OF THE UNITED STATES ATTORNEY

By  /s/ MATT SEGAL
MATT SEGAL
Assistant U.S. Attorney

# O R D E R

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on August 27, 2013, at 9:15 a.m., is continued to **February 25, 2014, at 9:15 a.m.**

**IT IS FURTHER ORDERED** that the above-proposed sentencing schedule shall be followed.

DATED: August 8, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT